■ In the Matter of JEFFREY M. and Others, Children Alleged to be Abused and/or Neglected. JOSEPH M., Appellant; CATTARAUGUS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [641 NYS2d 783] —Order unanimously modified on the law and as modified affirmed without costs and matter remitted to Cattaraugus County Family Court for further proceedings in accordance with the following Memorandum: The matter must be remitted to Family Court for a dispositional hearing in accordance with *Matter of Suffolk County Dept. of Social Servs. (Michael V.) v James M.* (83 NY2d 178). A dispositional hearing is a condition precedent to the entry of a dispositional order such as the order of protection granted by Family Court here (*see,* Family Ct Act §§ 1045, 1047, 1052 [a]; *Matter of Suffolk County Dept. of Social Servs. [Michael V.] v James M., supra,* at 183). The fact that the children are residing in Rhode Island does not render the dispositional hearing superfluous (*see, Matter of Suffolk County Dept. of Social Servs. [Michael V.] v James M., supra*). (Appeal from Order of Cattaraugus County Family Court, Nenno, J.—Child Abuse and Neglect.) Present—Denman, P. J., Pine, Fallon, Wesley and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYON DRAYTON, Also Known as BRIAN J. DRAYTON, Appellant. [642 NYS2d 833] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Criminal Possession Weapon, 3rd Degree.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.